# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, | No. 2:20-CV-2389-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| A. KONRAD, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. ECF No. 6. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

IT IS SO ORDERED.

Dated: May 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE