1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     KAREEM J. HOWELL,                          No.  2:20-CV-2389-DMC-P

12                    Plaintiff,

13          v.                                    ORDER

14     A. KONRAD, et al.,

15                    Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18     U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned

19     to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge

20     jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly

21     address the case.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23     randomly assign a District Judge and to update the docket to reflect the new case number.

24

25     Dated:  October 5, 2021

26                                                 _____
                                                   DENNIS M. COTA
27                                                 UNITED STATES MAGISTRATE JUDGE

28

1