IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**A. KONRAD, et al.,**<br><br>Defendants. | Case No. 2:20-cv-02389 JAM DMC (PC)<br><br>**ORDER** |

Good cause appearing, Defendants' *ex parte* application for an extension of time to file a responsive pleading is **GRANTED**. If Defendants' Motion to Dismiss Under 28 U.S.C. § 1915(e)(2)(A) or, Alternatively, for an Order Revoking Plaintiff's IFP Status is denied, Defendants shall file a responsive pleading within thirty days of the Court's final order denying that motion.

**IT IS SO ORDERED.**

Dated: October 13, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE