UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>              Plaintiff,<br><br>     v.<br><br>A. KONRAD, et al.,<br><br>              Defendants. | No. 2:20-cv-02389-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS THIS ACTION<br><br>(Doc. Nos. 24, 38.) |

Plaintiff Kareem J. Howell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 7, 2022, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss this action (Doc. No. 24) be granted. (Doc. No. 38.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 5.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.[1]

---

[1] This case was reassigned to the undersigned district judge on August 25, 2022. (Doc. No. 41.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 7, 2022 (Doc. No. 38) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 24) is granted;
3. This action is dismissed;
4. Plaintiff's pending motion for injunctive relief (Doc. No. 19) and the pending findings and recommendations addressing that motion (Doc. No. 34) have been rendered moot by this order and the motion for injunctive relief is therefore denied; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 10, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE